AO 91 (Rev. 11/11)  Criminal Complaint

**United States District Court**
**Southern District of Texas**
**FILED**

**OCT 0 6 2014**

**, Clerk of Court**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. m-14-1947-m |
| MARIBEL QUINTERO | ) | |
| YOB: 1976 | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 9, 2014___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 542 | the defendant enters or introduces, or attempts to enter or introduce, into the commerce of the United States any imported merchandise, to wit: Remplisage by means of any fraudulent or false invoice, declaration, affidavit, letter, paper, and by means of any false statement, written or verbal and by means of any false or fraudulent practice or appliance. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_Approved to file Kimberly Ann Leo_
_AUSA_

Sworn to before me and signed in my presence.

Date: ___10/6/2014___

City and state: ___McAllen, Texas___

_____
*Complainant's signature*

E.R.Garcia, Special Agent, FBI
*Printed name and title*

_____
*Judge's signature*

Dorina Ramos, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A:

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

On or about September 9, 2014, the FBI and McAllen Police Department conducted surveillance of Maribel QUINTERO. At approximately 4:36 PM, QUINTERO entered Mexico by traveling through the Hidalgo Port of Entry in Hidalgo, Texas. At approximately 6:13 PM, QUINTERO entered back into the United States by traveling through the Hidalgo Port of Entry in Hidalgo, Texas. Upon arrival at the Hidalgo Port of Entry, U.S. Customs and Border Protection (USCBP) Officer Michael Espinoza asked QUINTERO if she was bringing back any fruits, plants, meats, vegetables, alcohol, tobacco, firearms, drugs, medications or money in excess of $10,000. QUINTERO answered that she was not bringing back anything from Mexico. USCBP Officer Espinoza referred QUINTERO for secondary screening.

On or about September 9, 2014, at approximately 6:13 PM, QUINTERO entered secondary inspection. QUINTERO told USCBP Officer Horacio Pena that she did not buy anything in Mexico nor was she bringing anything back. Upon inspection USCBP Officer Pena discovered two clear plastic bottles with a clear thick liquid substance by the back seat. USCBP Officer Pena asked QUINTERO about the bottles and QUINTERO claimed it was mineral oil that QUINTERO buys in the U.S. for her body. QUINTERO further stated that she was a body builder and used them for competition. USCBP Officer Pena noted that the label on the bottles read "Remplisage."

On September 9, 2014, at approximately 7:05 PM, Agents observed two individuals arrive at QUINTERO'S residence.

A federal search warrant was executed at QUINTERO's residence. Agents found a bottle of "Remplisage" and syringes, which contained an unknown clear substance, in the same room as the two individuals who were seen arriving at QUINTERO'S residence.

Through the investigation it was learned that "Remplisage" is not mineral oil, but instead is a non-FDA approved medical device that is purported to contain polymethylmethacrylate.

Post-Miranda, QUINTERO stated that she obtained the "Remplisage" from Mexico and brought it into the United States. QUINTERO stated that she was going to receive money for obtaining the substance for the two individuals who were at her residence. QUINTERO further stated that the substance was not mineral oil, but rather an injectable filler which she was going to use to inject, for cosmetic enhancements, the individuals at her residence.