UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2014

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
| --- | --- | --- | --- |
| | § | | |
| v. | § | Criminal No. | M-14-1612 |
| | § | | |
| MARIBEL QUINTERO | § | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about September 9, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIBEL QUINTERO**

willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is two bottles of Remplisage by means of a false and fraudulent declaration in which the defendant **MARIBEL QUINTERO** falsely and fraudulently stated that the two bottles contained mineral oil whereas, in truth and fact, as defendant **MARIBEL QUINTERO** well knew, the said bottles contained Remplisage, an injectable filler.

In violation of Title 18, United States Code, Section 542.

### Count Two

On or about September 9, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIBEL QUINTERO**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 139th Judicial District of Hidalgo County, Texas, on November 9, 1995, in cause

number CR-1886-95-C, for Robbery, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Beretta Px4 Storm Pistol, 9mm in caliber.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*Kimberly Ann Leo*
ASSISTANT UNITED STATES ATTORNEY