| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 10/10/2014/rg | |

M-14-1947-M

CR. No. **M-14-1612**

McALLEN Division

**INDICTMENT** Filed: October 28, 2014   Judge: **RANDY CRANE**

County: Hidalgo

Lions #: **2014R20771**

UNITED STATES OF AMERICA

Attorneys: KENNETH MAGIDSON, U. S. ATTORNEY

v.

KIMBERLY A. LEO, ASST. U.S. ATTORNEY

MARIBEL QUINTERO

Cts. 1 & 2   Adolfo Al Alvarez, Ret'd, (956) 686-3700

Custody: 10/07/2014

Charge(s):
Ct. 1: Entry of goods falsely classified.
Title 18, United States Code, Section 542

Ct. 2: A felon illegally or unlawfully possessing a firearm in and affecting interstate and foreign commerce.
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

Total Counts **(2)**

Penalty:
Ct. 1: Imprisonment for not more than 2 years and/or a fine of $250,000 and not more than a 1 yr. SRT

Ct. 2: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency: Federal Bureau of Insvestigations - E. R. "Alex" Garcia - 209C-SA-3678288

Proceedings

Date