| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 10/10/2014/rg | |

M-14-1947-M

__McALLEN__ Division    CR. No. __M-14-1612-S1__

**INDICTMENT** Filed: October 28, 2014
**SUPERSEDING INDICTMENT** Filed: December 23, 2014   Judge: __RANDY CRANE__
County: Hidalgo
Lions #: **2014R20771**   Attorneys:
UNITED STATES OF AMERICA    KENNETH MAGIDSON, U. S. ATTORNEY

v.    KIMBERLY A. LEO, ASST. U.S. ATTORNEY

__MARIBEL QUINTERO__   Cts. 1 - 6   Adolfo Al Alvarez, Ret'd, (956) 686-3700
*Custody: 10/07/2014*

Charge(s):
Cts. 1 & 3:   Adulterated a device.
              Title 21, United States Code, Sections 331(c), 333(a)(2) and Title 18, United States Code, Section 2
Ct. 2 & 4:    Misbranding a device.
              Title 21, United States Code, Sections 331(c), 333(a)(2) and Title 18, United States Code, Section 2
Ct. 5:        Entry of goods falsely classified
              Title 18, United States Code, Section 542
Ct. 6:        A felon illegally or unlawfully possessing a firearm in and affecting interstate and foreign commerce.
              Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

Total Counts **(6)**

Penalty:
Cts. 1 - 4:   Imprisonment for not more than 3 years and/or fine not to exceed $10,000 and not more than a 3 yr. SRT
Ct. 5:        Imprisonment for not more than 2 years and/or a fine of $250,000 and not more than a 1 yr. SRT
Ct. 6:        Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Federal Bureau of Insvestigations - E. R. "Alex" Garcia - 209C-SA-3678288
          Federal Drug Administration – Esteban Morales - 2014-SAT-713-0440

Date    Proceedings